# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

148946 & (16)(21)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MARK DESHAWN JACKSON,
      Defendant-Appellant.

SC: 148946
COA: 318418
Saginaw CC: 12-037249-FH

_____/

      On order of the Court, the motion to add an issue is GRANTED. The application for leave to appeal the December 13, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014



h0721

                               Clerk